IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01665-PSF-CBS

COLORADO CROSS-DISABILITY COALITION,
d/b/a Center for Rights of Parents with Disabilities, a Colorado non-profit Corporation,
GINNY L. LOCKWOOD,
JENNIFER ANN PFAU,
ANNETTE A. GUERRERO, and
MANUEL OLIVAS,

      Plaintiffs,

v.

COHEN & WOMACK, P.C.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Protective Order (*doc. no. 31*) is **GRANTED**.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    January 19, 2007