IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01665-PSF-PAC

COLORADO CROSS-DISABILITY COALITION, d/b/a Center for Rights
of Parents with Disabilities, a Colorado corporation;
GINNY L. LOCKWOOD; and
JENNIFER ANN PFAU,

    Plaintiffs,

v.

COHEN & WOMACK, P.C.,

    Defendant.
_____

## ORDER ON MOTION FOR SETTLEMENT CONFERENCE
_____

The parties' Joint Motion for Settlement Conference and Stay of Proceedings (Dkt. # 11) is DENIED AS MOOT.

DATED: January 30, 2007.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge