IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01665-PSF-PAC

COLORADO CROSS-DISABILITY COALITION, d/b/a Center for Rights
 of Parents with Disabilities, a Colorado corporation;
GINNY L. LOCKWOOD;
JENNIFER ANN PFAU;
ANNETTE A. GUERRERO; and
MANUEL OLIVAS,

　　　　Plaintiffs,

v.

COHEN & WOMACK, P.C.,

　　　　Defendant.

---

## ORDER OF DISMISSAL

---

This matter is before the Court on the parties' Stipulated Motion for Dismissal

With Prejudice (Dkt. # 47).  The Court, having reviewed said motion, hereby

ORDERS that the above-captioned action is DISMISSED WITH PREJUDICE,

each party to pay his, her or its own costs.

　　　　DATED:  April 9, 2007

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*s/ Phillip S. Figa*

　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　Phillip S. Figa
　　　　　　　　　　　　　　　United States District Judge